**FEDERAL PUBLIC DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
51 Sleeper Street, Fifth Floor
**BOSTON, MASSACHUSETTS 02210**

William W. Fick
Tel: 617-223-8061
Fax: 617-223-8080
William_Fick@fd.org

January 15, 2016

**By E-Mail PDF and ECF**
Nadine Pellegrini
Stephanie Siegmann
United States Attorney's Office
One Courthouse Way
Boston, MA 02210

      RE:   *United States v. Wright and Rovinski,* **No. 15-CR-10153-WGY**

Dear Counsel:

      On behalf of both defendants, we are writing to request the following discovery in the above-captioned case pursuant to Local Rule 116.3(A).

1. Please identify with specificity the "information obtained or derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978" referenced in your Notice of Intent to Use Foreign Intelligence Surveillance Act Information [Dkt # 9].

2. Please provide all applications, extensions, orders, and related materials underlying the surveillance conducted pursuant to FISA, as well as the applications for such surveillance of any third-party target that intercepted one of the defendants or alleged co-conspirators.

3. Please provide notice and discovery of any surreptitious surveillance, searches, or seizures and their legal basis used in or giving rise to the investigation or prosecution of this case *other than* the previously-noticed sections of FISA and the court-issued warrants already disclosed in discovery. Without limitation, this request includes any surveillance under Section 702 of FISA, 50 U.S.C. § 1881a; Executive order 12,333; Section 215 of the Patriot Act, 50 U.S.C. § 1861; FISA pen register/trap & trace; National Security Letters; the NSA Internet-Metadata Program; and the use of "Stingray" or similar devices.

4. Please confirm whether, in carrying out its obligations to identify and disclose information favorable to the defense pursuant to the U.S. Constitution, the Local Rules of this Court, *Brady v. Maryland*, *Kyles v. Whitley*, and their progeny, the government has diligently searched the files and databases of other agencies, including without limitation information or data that may have been obtained pursuant to FISA or other surveillance and intelligence-gathering authority, regardless of whether the government intends to use the information in the proceedings against the defendants in this case or anyone else.

Case 1:15-cr-10153-WGY   Document 54   Filed 01/15/16   Page 2 of 2

Nadine Pellegrini, et al.
January 15, 2016
Page 2 of 2

      Our review of the discovery remains ongoing and additional requests will be forthcoming.

      Thank you for your attention to this matter.

                              Sincerely,

                              /s/ William Fick

                              /s/ Jessica Hedges

cc:     Clerk, U.S.D.C. (by ECF)