JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** Category No. II  Investigating Agency: FBI
**City:** Everett & Elsewhere
**County:** Middlesex

**Related Case Information:**
Superseding Ind./Inf. X  Case No. 15-10153-WGY
Same Defendant X  New Defendant ___
Magistrate Judge Case Number: 15-1085-DLC
Search Warrant Case Number: 15-1079-DLC - 15-1084-DLC
R 20/R 40 from District of ___

**Defendant Information:**

Defendant Name: Nicholas Alexander Rovinski  Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
Alias Name: Nuh Amriki a/k/a Nuh al Andalusi
Address: (City & State) Warwick, Rhode Island
Birth date (Yr only): 1990  SSN (last4#): 9332  Sex: M  Race: W  Nationality: USA

Defense Counsel if known: William Fick and Olin Thompson  Address: Federal Defender Office
Bar Number: ___  51 Sleeper Street, Suite 5, Boston, MA

**U.S. Attorney Information:**

AUSA: B. Stephanie Siegmann  Bar Number if applicable: ___

Interpreter: ☐ Yes ☑ No  List language and/or dialect: ___
Victims: ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No
Matter to be SEALED: ☐ Yes ☑ No
☐ Warrant Requested  ☐ Regular Process  ☑ In Custody

**Location Status:**

Arrest Date: 06/11/2015
☑ Already in Federal Custody as of 06/12/2015 in Plymouth County
☐ Already in State Custody at ___  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ___ on ___

Charging Document: ☐ Complaint  ☐ Information  ☑ Indictment
Total # of Counts: ☐ Petty  ☐ Misdemeanor  ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/21/2016  Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 15-10153-WGY

**Name of Defendant** Nicholas Alexander Rovinski a/k/a Nuh Amriki a/k/a Nuh al Andalusi

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 2339B | Conspiracy to Provide Material Support to a Foreign Terrorist Organization | 1 |
| Set 2  18 U.S.C. § 2332b(2) | Conspiracy to Commit Acts of Terrorism Transcending National Boundaries | 4 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**     **Category No.** II     **Investigating Agency** FBI

**City** Everett & Elsewhere     **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. X     Case No. 15-10153-WGY
Same Defendant X     New Defendant
Magistrate Judge Case Number 15-1085-DLC
Search Warrant Case Number 15-1079-DLC - 15-1084-DLC
R 20/R 40 from District of

**Defendant Information:**

Defendant Name: David Wright     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Dawud Sharif Wright a/k/a Dawud Sharif Abdul Khaliq

Address: (City & State) Everett, Massachusetts

Birth date (Yr only): 1989    SSN (last4#): 2796    Sex: M    Race: B    Nationality: USA

Defense Counsel if known: Jessica Hedges     Address: 15 Broad Street, Suite 240

Bar Number:                   Boston, MA 02109

**U.S. Attorney Information:**

AUSA: B. Stephanie Siegmann     Bar Number if applicable:

Interpreter: ☐ Yes ☑ No     List language and/or dialect:

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC §3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**

Arrest Date: 06/02/2015

☑ Already in Federal Custody as of 06/02/2015 in Plymouth County
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/21/2016     Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 15-10153-WGY

**Name of Defendant** David Wright a/k/a Dawud Sharif Wright a/k/a Dawud Sharif Abdul Khaliq

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2339B | Conspiracy to Provide Material Support to a Foreign Terrorist Organization | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Obstruct Justice | 2 |
| Set 3 | 18 U.S.C. §§ 1519 & 2 | Obstruction of Justice | 3 |
| Set 4 | 18 U.S.C. § 2332b(2) | Conspiracy to Commit Acts of Terrorism Acts Transcending National Boundaries | 4 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**