10/18/2017
@ 1:30 PM

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    )
UNITED STATES OF AMERICA,           )
                                    )
            v.                      )        CRIMINAL ACTION
                                    )        No. 15-10153 WGY
                                    )
DAVID WRIGHT,                       )
                                    )
            Defendant.              )
                                    )
```

## JURY VERDICT

We find David Wright on the charges of:

1. Conspiracy to provide material support to a foreign terrorist organization -

    _____ not guilty    __X__ guilty

2. Conspiracy to commit acts of terrorism transcending national boundaries -

    _____ not guilty    __X__ guilty

3. Conspiracy to obstruct justice

    _____ not guilty    __X__ guilty

4. Obstruction of justice (Rahim's computer)

    _____ not guilty    __X__ guilty

5. Obstruction of justice (Wright's computer)

    _____ not guilty    __X__ guilty


_____
Forelady

Date: __10/18/17__