Morning Judge Casper,

I hope this correspondence finds you in the best state of affairs and wellbeing. As for what follows (with respect and understanding of your busy schedule), I'm inquiring into the progress of my pending 28 U.S.C.§ 2255 petition that has been docketed for nearly 18 months to date (e.g. 01/21-22/2025 - present). As you're aware my "actual innocence" claim focused chiefly on (1) Brady/Giglio violations, (2) Ineffective Assistance of Counsel, and (3) Cumulative Errors.

***WHY THE INQUIRY?***

Since my arrest on June 2, 2015 I've not had an easy time while incarcerated (through no fault of my own and despite my flawless institutional record for over a decade) which has led to a series of civil litigations in Federal Court due to egregious constitutional violations (see Wright v. Moniz, 737 F. Supp. 3d 48 (1st Cir. 2024) (32 months in solitary confinement within a camera cell on house alone/recreation alone status); Wright v. Martin, 158 F. 4th 286 (1st Cir. 2025)(Retaliatory institutional transfer due to advocation of religious right to congregational prayer); Wright v. Demoura, U.S. Dist. LEXIS 57252 (1st Cir. 2025) and perhaps the more egregious activity while being housed in BOP custody (attracting the attention of the BOP Deputy-Director, Regional Director and Internal Affairs) which has occurred while I've been waiting for resolution of my criminal case, is now currently being litigated in the U.S. District Court for the District of Maryland (see Wright v. United States, 26-1373-TDC (4th Cir. 2026)) (Physical/Verbal Abuse, Retaliation for request to see psychology)

While I seek complete justice and vindication within my criminal case due to the unfortunate miscarriage of justice as outlined in my Petition and Rebuttal of the Governments' Opposition, it is quite demanding now more than ever when my very incarceration has turned my imprisonment into a desperate cry for help.

God Willing I will be successful in due time so that I may return to my beloved and supportive family in peace and security and may God guide you in the ways of justice and truth.

RESPECTFULLY SUBMITTED